**John H. Baker**, ASB # 0809058
E-mail: john.baker@jordanramis.com
JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070
    Attorneys for Defendant Valmont Industries, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **LAKLOEY, INC., an Alaska corporation**,<br><br>    Plaintiff,<br><br>    v.<br><br>**VALMONT INDUSTRIES, INC., a Delaware corporation**,<br><br>    Defendant. | Case No. 4:10-CV-029<br><br>STIPULATED MOTION TO DISMISS ACTION VOLUNTARILY |

As evidenced by the signatures of counsel of record below, the parties hereby stipulate and move this Court to dismiss the above-entitled proceedings with prejudice and without fees or costs to either party.

Dated this 2nd day of November, 2012.

| | |
|---|---|
| JORDAN RAMIS PC | LAW OFFICE OF WILLIAM SATTERBERG |
| By: */s/ John H. Baker*_____<br>    John H. Baker**,** ASB # 0809058<br>    Two Centerpointe Dr 6th Flr<br>    Lake Oswego OR 97035<br>    Telephone: (503) 598-7070<br>    john.baker@jordanramis.com<br>        Attorney(s) for Defendant Valmont Industries, Inc. | By: */s/William R. Satterberg, Jr.*_____<br>    William R. Satterberg, Jr., ASB # 7610126<br>    709 4th Ave<br>    Fairbanks AK 99701<br>    Telephone: (907) 452-4454<br>    office@satterberg.net<br>        Attorneys for Plaintiff Lakloey, Inc. |

Page 1 - STIPULATED MOTION TO DISMISS ACTION VOLUNTARILY

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS ACTION VOLUNTARILY on:

> William R. Satterberg, Jr.
> Law Office of William Satterberg
> 709 4th Ave
> Fairbanks AK 99701
> Facsimile: (907) 452-3988
> E-mail: office@satterberg.net
>   Attorneys for Plaintiff Lakloey, Inc.

- [ ] by first class mail, postage prepaid.
- [ ] by hand delivery.
- [ ] by facsimile transmission.
- [ ] by facsimile transmission and first class mail, postage prepaid.
- [X] by electronic transmission.

DATED: November 2, 2012.

           */s/John H. Baker*
           John H. Baker, ASB # 0809058
           Attorneys for Defendant Valmont Industries, Inc.